**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-60925-BLOOM**

ANDREI SEKUNOV,

     Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER; and
MIAMI FIELD OFFICE DIRECTOR, IMMIGRATION
AND CUSTOMS ENFORCEMENT,

     Respondents.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before this Court upon Petitioner Andrei Sekunov's ("Petitioner") *pro se* Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (the "Petition"). ECF No. [1]. Petitioner challenges his immigration detention in the Broward Transitional Center in Pompano Beach, Florida. *See generally id.*

"A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id*.

The Court cannot say from the face of the application that Petitioner is not entitled to relief. Accordingly, it is **ORDERED AND ADJUDGED** that:

1.     Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted **within three (3) days** of the date of this Order.

2.     Petitioner may, but is not required to, file a Reply within **three (3) days** from the date of Respondents' response.

3.     Furthermore, to preserve the status quo and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1368 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits).

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 2, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

Andrei Sekunov
A# 246876730
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov

2